NO. 07-11-0208-CR

                                                                              

                                                   IN
THE COURT OF APPEALS

 

                                       FOR
THE SEVENTH DISTRICT OF TEXAS

 

                                                                 AT
AMARILLO

 

                                                                      PANEL
E

 

                                                                  JUNE
8, 2011

                                            ______________________________

 

                                                              STEVEN
AVILES,

 

Appellant

 

                                                                             v.

 

                                                        THE STATE OF TEXAS,

 

Appellee

                                           _______________________________

 

                      FROM THE
137th DISTRICT COURT OF LUBBOCK COUNTY;

 

                         NO.
2006-414,317; HON. JOHN McCLENDON, PRESIDING

                                           _______________________________

 

                                                        ORDER
OF DISMISSAL

                                           _______________________________

 

Before
QUINN, C.J., PIRTLE, J., and BOYD, S.J.[1]

            Appellant Steven Aviles appeals his conviction
for possession of marijuana.  Appellant,
his attorney, and the trial court judge signed a waiver of right to appeal that
states that A[t]he Defendant in the above-entitled and –numbered
cause, with advice of his attorney, after having been found guilty, judgment
accordingly having been entered and Defendant having filed a Notice of Appeal
in this cause, does hereby withdraw his Notice of Appeal and abandon and
withdraw his right of appeal.”  This
circumstance was brought to the attention of appellant and opportunity was
granted him to obtain an amended certification entitling him to appeal.  No such certification was received within the
time we allotted.  Having received no
amended certification, we dismiss the appeal per Texas Rule of Appellate
Procedure 25.2(d).

 

Per
Curiam

 

Do not publish.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 











    
[1]John T. Boyd, Senior Justice, sitting
by assignment.